# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Janice Schafer ,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                3:09-cv-00096

Michael J. Astrue ,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 14, 2010 Order.

Signed: April 14, 2010

Frank G. Johns, Clerk
United States District Court